DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**ANTON JOSEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D12-2880

[November 19, 2014]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey Levenson, Judge; L.T. Case No. 09-016021 CF10A.

Carey Haughwout, Public Defender, and Alan T. Lipson, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Luke R. Napodano, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Borrell v. State*, 733 So. 2d 1087 (Fla. 3d DCA 1999); *Joppy v. State*, 719 So. 2d 316 (Fla. 1st DCA 1998); *Benson v. State*, 698 So. 2d 333 (Fla. 4th DCA 1997).

CIKLIN, CONNER and FORST, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***